AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| United States of America<br>v.<br><br>Fabian Gabriel Carrasco<br><br>Defendant(s) | Case No. 2:25-MJ-77 |

**U.S. DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FILED**
**JUN − 5 2025**
CLERK, U.S. DISTRICT COURT
By_____
      Deputy

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __May 1, 2025__ in the county of __Randall__ in the __Northern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Sections 922(g)(1) and 924(a)(8) | Possession of Ammunition by a Convicted Felon |

This criminal complaint is based on these facts:

see attached affidavit in support of complaint.

☑ Continued on the attached sheet.

_____
Complainant's signature

Sy Slover, ATF TFO
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone (specify reliable electronic means).

Date: 6/5/25

_____
Judge's signature

City and state: Amarillo, Texas

Lee Ann Reno, U.S. Magistrate Judge
Printed name and title

## 2:25-MJ-77

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Sy R. Slover, affiant herein, being duly sworn, state that I am a Task Force Officer (TFO) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), assigned to the Amarillo Satellite Office stationed in Amarillo, TX. I have been employed with the Amarillo Police Department for (12) years. As part of my duties as a TFO, I investigate criminal violations related to firearms and firearm distribution. I have been involved in several investigations involving firearms and the recovery of firearms from prohibited persons. The information contained in this affidavit is based upon my personal experience and information relayed to me by other law enforcement officers involved in this investigation. Because this affidavit is submitted for the limited purpose of establishing probable cause to believe a crime has been committed and that the defendant committed it, I have not included each and every fact known to me in this affidavit.

As a result of my training and experience, I am familiar with federal firearms laws, including 18 U.S.C. §§ 922(g)(1), 924(a)(8), which makes it unlawful for a convicted felon to possess a firearm. There are four elements to this offense: (1) that the defendant knowingly possessed a firearm or ammunition as charged; (2) that before the defendant possessed the firearm or ammunition, the defendant had been convicted in a court of a crime punishable by imprisonment for a term in excess of one year; (3) that the defendant knew he had been convicted of such a crime; and (4) that the firearm or ammunition possessed traveled in or affected interstate or foreign commerce; that is, before the defendant possessed the firearm, it had traveled at some time from one state to another or

1

between any part of the United States and any other country.

On May 1, 2025 Amarillo Police Department SWAT was looking for Fabian CARRASCO knowing he was wanted on felony warrants. SWAT officers were able to confirm the location of CARRASCO at 7902 Taos in Amarillo Texas. Callouts were initiated due to it being said that CARRASCO frequently hides and evades from officers and is known to frequently carry a firearm.

After a short time CARRASCO's girlfriend, Elena Hathcock, exited the house and eventually confirmed to officers that CARRASCO was hiding in the master bedroom closet under some clothes. After time had passed CARRASCO eventually surrendered and was taken into custody.

Consent was given to search the residence by Hathcock who was the owner of the residence. During the search of the house there was a P80 un-serialized pistol that was located in the garage of the residence. The firearm was found loaded and had several magazines located in the area with it including two high-capacity magazines capable of holding more that 15 rounds. There were 91 rounds of ammunition also collected during this search.

After the search was completed, CARRASCO was taken to the Amarillo Police Department for an interview. CARRASCO was mirandized and agreed to speak with officers about the investigation. Sgt. Licthie and TFO Slover conducted the interview. CARRASCO told us the firearm we located was his. During the interview CARRASCO admitted to us that he had purchased the frame to the firearm from the internet. CARRASCO said that the kit he purchased contained the lower, a slide, and a jig to drill

the holes to complete the firearm build. CARRASCO was able to explain to me how when he drilled the necessary pin holes in the firearm he did them a little crooked. TFO Slover knew this to be true after looking at the firearm. This told officers that CARRASCO had knowledge of the build of this firearm. CARRASCO was able to describe to me that he purchased the barrel as well as the gold aftermarket backplate and mag release from Cross armory. When asked about the magazines CARRASCO said he purchased them from Gebos. CARRASCO admitted that both of the extended magazines went to his gun. TFO Slover asked him if he purchased the ammo for the firearm and he told me that he just got ammo from his friends that would bring it to him. CARRASCO was asked if he had recently fired the gun and he did not give a recent time he had but said he takes it out in the county off of the road and shoots it. CARRASCO said that if we looked in a car that he recently drove there was probably shell casing from him doing this. CARRASCO described shooting the gun was very smooth even though it didn't look great from the drill marks. CARRASCO admitted to us that he knew he was a convicted felon and was not supposed to be in possession of a firearm but was keeping it for himself.

It is believed the ammunition was not manufactured in Texas. Therefore, the ammunition described in this complaint must have traveled in or affected interstate or foreign commerce; that is, before CARRASCO possessed the ammunition, it had traveled at some time from one state to another or between any part of the United States and any other country.

Based on my training, education, and experience, and the information provided to me, I believe that Fabian CARRASCO violated Title 18, United State Code, Sections 922(g)(1) and 924(a)(8), by being a convicted felon in possession of a firearm and ammunition.

*Sy R. Slover*
Sy R. Slover
Task Force Officer
Bureau of Alcohol, Tobacco, Firearms, and Explosives

Attested to by telephone in accordance with the requirements of Fed. R. Crim. P. 4.1:

*Lee Ann Reno*
Lee Ann Reno
United States Magistrate Judge

*Anna Marie Bell*
Anna Marie Bell
Assistant United States Attorney